**UNITED STATES of America, Plaintiff-Appellee**

**v.**

**Joshua Sefnathn CHAVEZ, Defendant-Appellant**

**No. 16-11367**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed May 25, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Joshua Sefnathn Chavez, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Joshua Sefnathn Chavez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Chavez has not filed a response. We have reviewed counsel's brief and the relevant

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.